IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

EMMETT JOSHUA MORPHIS )
)
v. )
)
CITY OF DICKSON, TENNESSEE; ) No. 3-12-0989
DICKSON POLICE OFFICER SETH )
GOODWIN (individually and in his )
official capacity); DICKSON POLICE )
OFFICER ROB PEELER (individually )
and in his official capacity); and ONE )
OR MORE DICKSON POLICE )
OFFICERS "JOHN DOES," )
(individually and/or in their official )
capacities) )

O R D E R

On November 5, 2013 (Docket Entry No. 27), the parties filed a stipulation of dismissal with prejudice of the plaintiff's claims against Dickson Police Officer Rob Peeler and One or More Dickson Police Officers "John Does."

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of civil Procedure, no further action on the part of the Court is required. As a result, the plaintiff's claims against Dickson Police Officer Rob Peeler in his individual and official capacity, and One or More Dickson Police Officers "John Does" in their individual and/or official capacities are DISMISSED with prejudice, and the Clerk is directed to terminate Dickson Police Officer Rob Peeler in his individual and official capacity, and One or More Dickson Police Officers "John Does" in their individual and/or official capacities as defendants in this case.

The plaintiff's claims against defendants City of Dickson, Tennessee, and Dickson Police Officer Seth Goodwin in his individual and official capacity remain pending.

It is os ORDERED.

JULIET GRIFFIN
United States Magistrate Judge