IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

EMMETT JOSHUA MORPHIS )
)
v. )
)
CITY OF DICKSON, TENNESSEE; ) No. 3-12-0989
DICKSON POLICE OFFICER SETH )
GOODWIN (individually and in his )
official capacity); DICKSON POLICE )
OFFICER ROB PEELER (individually )
and in his official capacity); and ONE )
OR MORE DICKSON POLICE )
OFFICERS "JOHN DOES," )
(individually and/or in their official )
capacities)[1] )

O R D E R

The defendants' motion for leave to file video recordings (Docket Entry No. 32) is GRANTED. The defendants may file and the Clerk shall accept for filing the November 6, 2011 video recordings of the incident at issue in this case.

On February 17, 2014, the defendants filed a motion for summary judgment (Docket Entry No. 34).

In accord with the orders entered December 14, 2012 (Docket Entry Nos. 10-11), the plaintiff shall have until March 19, 2014, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by April 2, 2014, if the response is filed on March 19, 2014.

No other filings shall be made in support of or in opposition to the defendants' pending motion for summary judgment after April 2, 2014, except with the express permission of the Honorable John T. Nixon.

---

[1] By stipulation filed on November 5, 2013, and order entered on November 12, 2013 (Docket Entry Nos. 27 and 31), the plaintiff's claims against defendants Peeler and one or more Dickson Police Officers "John Does" were dismissed.

The Clerk is directed to forward the file in this case to Judge Nixon for his consideration of the defendants' motion for summary judgment and accompanying filings (Docket Entry Nos. 34-46), along with the defendants' motion for leave to exceed page limit (Docket Entry No. 33), the plaintiff's response to the defendants' motion for summary judgment to be filed by March 19, 2014, and the defendants' reply, if necessary, to be filed no later than April 2, 2014.

It is so ORDERED.

                                                              JULIET GRIFFIN
                                                             United States Magistrate Judge