IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| EMMETT JOSHUA MORPHIS, | |
| Plaintiff, | NO. 3:12-cv-0989 |
| vs. | JURY DEMAND |
| CITY OF DICKSON, TENNESSEE, DICKSON POLICE OFFICER SETH GOODWIN (individually and in his official capacity), | JUDGE NIXON |
| | MAGISTRATE JUDGE GRIFFIN |
| Defendants. | |

## AGREED PROTECTIVE ORDER

As evidenced by the signatures of counsel below, the parties acknowledge and agree the video recordings filed by the Defendants in response to the Court's Order (Docket Entry #47) shall be placed under seal. The parties agree the video recordings shall only be viewed by this Court and/or litigants and in the event this matter is tried to a jury, the jurors. It is specifically agreed that the video recordings shall not be disseminated by any attorney, party, or expert to any third-party outside the course and scope of this litigation without the consent of this Court. All attorneys, parties, and witnesses involved in this case are bound to the terms of this Order.

_____
JULIET GRIFFIN, United States
Magistrate Judge

**APPROVED FOR ENTRY:**


s/Hilary H. Duke
**TIMOTHY V. POTTER**   #017520
**HILARY H. DUKE**      #024403
**ANDREW E. MILLS**     #031236
Attorneys for Plaintiff
Reynolds, Potter, Ragan & Vandivort, PLC
210 East College Street
Dickson, Tennessee  37055
615.446.2221
615.446.2232 Facsimile
tpotter@rprvlaw.com
hduke@rprvlaw.com
amills@rprvlaw.com



s/Mark Nolan
**MARK NOLAN**          #015859
**KATHRYN W. OLITA**    #023075
Attorneys for Defendants
Batson Nolan, PLC
121 South Third Street
Clarksville, Tennessee  37040
931.647.1501
931.553.0153 Facsimile
dmnolan@batsonnolan.com
kwolita@batsonnolan.com