IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EMMETT JOSHUA MORPHIS | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF DICKSON, TENNESSEE; DICKSON POLICE OFFICER SETH GOODWIN (individually and in his official capacity); DICKSON POLICE OFFICER ROB PEELER (individually and in his official capacity); and ONE OR MORE DICKSON POLICE OFFICERS "JOHN DOES," (individually and/or in their official capacities)[1] | ) No. 3-12-0989 |

O R D E R

The plaintiff's motion for leave to file video recordings (Docket Entry No. 58) is GRANTED.

The Court assumes that the plaintiff has already filed these video recordings. See Docket Entry No. 72.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By stipulation filed on November 5, 2013, and order entered on November 12, 2013 (Docket Entry Nos. 27 and 31), the plaintiff's claims against defendants Peeler and one or more Dickson Police Officers "John Does" were dismissed.