IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EMMETT JOSHUA MORPHIS, | ) |
| Plaintiff, | ) No. 3:12-cv-00989 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Griffin |
| CITY OF DICKSON, TENNESSEE, and SETH GOODWIN, individually and in his official capacity, | ) JURY DEMAND |
| Defendants. | ) |

## ORDER

Pending before the Court is attorney Dan L. Nolan's Motion to Be Relieved as Lead Counsel ("Motion"), in which he requests the Court permit him to be relieved as lead counsel of record in this case. (Doc. No. 87 at 1.) Mr. Dolan is co-lead counsel for Defendants City of Dickson, Tennessee, and Seth Goodwin. Mr. Dolan states that his co-lead counsel will continue to serve as lead counsel. (*Id.*) As Mr. Dolan's co-lead counsel will remain on the case, the Court **GRANTS** the Motion.

It is so ORDERED.

Entered this the 9th day of June, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT