IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EMMETT JOSHUA MORPHIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:12-cv-00989 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Griffin |
| CITY OF DICKSON, TENNESSEE and | ) | |
| SETH GOODWIN, individually and in his | ) | |
| official capacity, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court are Defendants City of Dickson, Tennessee, and Seth Goodwin's Motion for Leave to Exceed Page Limit (Doc. No. 33) for their Memorandum of Law in Support of their Motion for Summary Judgment, and Plaintiff Emmett Joshua Morphis' Motion for Leave to Exceed Page Limit (Doc. No. 56) for his Memorandum of Law in Support of his Response to Defendants' Motion for Summary Judgment. Both parties seek permission to exceed the page limit for their filings. (Doc. Nos. 33 at 1; 56 at 1.) The Court finds the requests reasonable given the complexity of the issues in the case, and **GRANTS** the Motions for Leave to Exceed Page Limit (Doc. Nos. 33; 56). However, the Court notes that the associated Memoranda (Doc. Nos. 35; 71) were filed without a table of contents or authorities. Due to the complexity of the issues, the Court **ORDERS** the parties to re-file their Memoranda with a table of contents and authorities.

Also pending before the Court is the parties' Joint Motion to Extend Pretrial Deadlines ("Motion for Extension"), in which the parties seek to extend the deadline for pretrial filings to Monday June 30, 2014. (Doc. No. 93.) Trial in this case is currently scheduled for July 15,

2014, with the pretrial conference scheduled for June 24, 2014. In order to permit the Court sufficient time to consider Defendants' pending Motion for Summary Judgment (Doc. No. 34) and to avoid current scheduling conflicts, the Court **RESCHEDULES** trial in this case to **Tuesday, April 14, 2015, at 9 a.m.** The pretrial conference is **RESCHEDULED** to **Friday April 3, 2015, at 10 a.m.** The pretrial deadlines are hereby **CANCELLED,** and the Motion for Extension is **TERMINATED AS MOOT**.

It is so ORDERED.

Entered this the ___ day of June, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT